```
1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CR-00299-AWI |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| ROMAN SANTANA, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Roman Santana, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2323(b), incorporating 18 U.S.C. § 2318(d), defendant Roman Santana's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

     a. Approximately 2,385 CDs,
     b. One (1) Honda Generator EX650,
     c. One (1) JVC Equalizer,
     d. One (1) Memorex CD/DVD Player,
     e. Three (3) speakers,
     f. Two (2) extension cords, and
     g. One (1) 12 volt drill with charger.

2. The above-listed assets constitute any article, the making or trafficking of which is prohibited pursuant to 18 U.S.C. § 2318, is property used, or intended to be used, in any manner or part to commit or facilitate the commission of a violation of 18 U.S.C. § 2318, is property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of a violation of 18 U.S.C. § 2318.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in their secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:     March 29, 2012                          _____
                                          CHIEF UNITED STATES DISTRICT JUDGE