BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR ALONSO BAUTISTA ARAZATE,<br><br>Defendant. | CASE NO. 1:11-CR-00299 AWI<br><br>STIPULATION TO ADVANCE SENTENCING HEARING; ORDER THEREON<br><br>Date: May 7, 2012<br>Time: 10:00 a.m.<br>Dept: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced action now scheduled for May 21, 2012, at 10:00 a.m. is advanced to **May 7, 2012, at 10:00 a.m.**

The advancement of the sentencing hearing is being requested by the parties, as neither party has any substantive objections to the pre-sentence report.

///

**Stipulation to Advance Sentencing Hearing;
Order Thereon**

```
Dated: May 2, 2012              /s/Steven L. Crawford
                                STEVEN L. CRAWFORD
                                    Attorney for Defendant
                                EDGAR ALONSO BAUTISTA ARAZATE


Dated: May 2, 2012              BENJAMIN B. WAGNER
                                    United States Attorney


                                 By: /s/Henry Z. Carbajal III
                                    HENRY Z. CARBAJAL III
                                    Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated:    May 3, 2012           _____
                                CHIEF UNITED STATES DISTRICT JUDGE