1 BENJAMIN B. WAGNER
  United States Attorney
2 HENRY Z. CARBAJAL III
  Assistant U.S. Attorney
3 2500 Tulare Street, Suite 4401
  Fresno, California 93721
4 Telephone: (559) 497-4000
  Facsimile: (559) 497-4099
5
  Attorneys for the
6 United States of America

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  1:11-CR-00299-AWI
                                  )
12             Plaintiff,         )  PRELIMINARY ORDER OF FORFEITURE
                                  )
13      v.                        )
                                  )
14 EDGAR ALONSO BAUTISTA ARAZATE, )
                                  )
15             Defendant.         )
                                  )
16

17     Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Edgar Alonso Bautista Arazate,

19 it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

20     1.   Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

21 2461(c), defendant Edgar Alonso Bautista Arazate's interest in the

22 following property shall be condemned and forfeited to the United

23 States of America, to be disposed of according to law:

24          a.   Approximately 2,380 CDs, and
            b.   Approximately 780 DVDs.
25
       2.   The above-listed assets represent any property real or
26
 personal, that constitutes, or is derived from or is traceable to the
27
 proceeds obtained directly or indirectly as a result of  the
28

commission of a violation of 18 U.S.C. § 371.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in their secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

///
///
///

2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:     May 7, 2012

CHIEF UNITED STATES DISTRICT JUDGE