ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
LEONEL MARTINEZ CABALLERO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:11-CR-00299-AWI |
| Plaintiff, | ) |
| | ) CONSENT ORDER GRANTING |
| vs. | ) SUBSTITUTION OF ATTORNEY |
| | ) |
| LEONEL MARTINEZ CABALLERO, | ) |
| | ) |
| Defendant. | ) |

Notice is hereby given that, subject to approval by the court, LEONEL MARTINEZ CABALLERO substitutes ANTHONY P. CAPOZZI, State Bar No. 068525 as counsel of record in place of ___JON RENGE___.

Contact information for new counsel is as follows:

ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail:  anthony@capozzilawoffices.com

I consent to the above substitution.

Date: 6/3/2013                         /s/ Leonel Caballero
                                       LEONEL MARTINEZ CABALLERO


I consent to being substituted.
Date: 6/27/2013                        /s/ Jon Renge
                                       JON RENGE


I consent to the above substitution.
Date: 6/17/2013                        /S/ Anthony P. Capozzi
                                       ANTHONY P. CAPOZZI


The Substitution of attorney is hereby approved and so
ORDERED.


IT IS SO ORDERED.

Dated:  July 1, 2013      _____
                          SENIOR DISTRICT JUDGE