ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com

Attorney for Defendant,
LEONEL MARTINEZ CABALLERO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONEL MARTINEZ CABALLERO,<br><br>Defendant. | Case No.: 1:11-CR-00299-AWI<br><br>STIPULATION AND ORDER TO VACATE JURY TRIAL AND SET STATUS CONFERENCE<br><br>DATE: October 21, 2013<br>TIME: 10:00 a.m.<br>Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED between the Assistant United States Attorney, Henry Z. Carbajal, III, and the Defendant, LEONEL MARTINEZ CABALLERO, by and through his attorney of record, Anthony P. Capozzi, that the Jury Trial presently set for November 5, 2013, be vacated. It is also stipulated that the Trial Confirmation, presently set for October 21, 2013, at 10:00 a.m., be changed to a Status Conference.

Good cause exists for this request as Anthony P. Capozzi, attorney for Defendant LEONEL MARTINEZ CABALLERO, recently substituted in as counsel on July 1, 2013, and is presently reviewing all discovery. Additional time is also needed for case preparation, investigations and plea negotiations with

the government.

Based on the above-stated findings, the ends of justice served by vacating the trial date and continuing this matter for status conference as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 6, 2013, through October 21, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

So Stipulated:

Respectfully Submitted,

DATED: September 6, 2013 */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for,
LEONEL MARTINEZ CABALLERO

DATED: September 6, 2013 */s/Henry Z. Carbajal*
HENRY Z. CARBAJAL, III
Assistant United States Attorney

- 2 -
REQUEST TO VACATE JURY TRIAL AND SET STATUS CONFERENCE
CASE NO.: 1:11-CR-00299-AWI

## ORDER

**IT IS SO ORDERED.** Good cause having been shown, the Trial Confirmation now set for October 21, 2013, at 10:00 a.m. is changed to a Status Conference and the Jury Trial now set for November 5, 2013, is hereby vacated. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: September 6, 2013

_____
SENIOR DISTRICT JUDGE